IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ADRIAN ORTIZ GUERRERO, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | No. 1:26-CV-00052-DAE |
| | § | |
| COLLINS, *et al.*, | § | |
| | § | |
| *Respondents*. | § | |

ORDER

Before the Court is the status of the above-captioned case. On January 20, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus, (Dkt. # 1), and ordered Petitioner's release. (Dkt. # 5.) Federal Respondents advised that Petitioner was released on January 21, 2026. (Dkt. # 8.) Accordingly, this case is closed, and a final judgment will be rendered.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, January 25, 2026.

_____
David Alan Ezra
Senior United States District Judge

1